UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:13-cv-00254-ESC | |
| **Caption:**   Yaldo v. DeKorte et al | |

| **Date:** 07/28/2014 | **Time:** 2:21 - 8:34 pm | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Hugh W. Brenneman, Jr. |
|---|---|---|---|

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF(S):** | J. Nicholas Bostic | Julian R. Yaldo |
| **DEFENDANT(S):** | Thomas M. Yeadon | David DeKorte |

## PROCEEDINGS

**NATURE OF HEARING:**

**SETTLEMENT CONFERENCE held.**

**The parties did reach a settlement of the case.**

**Closing documents to be submitted within 14 days pending City Council approval.**

| Event | Time | Digitally recorded |
|---|---|---|
| Opening comments / remarks | 2:21 - 2:36 pm | Yes |
| Settlement discussions between Judge and parties | 2:36 - 8:25 pm | No |
| Settlement placed on the record | 8:25 - 8:34 pm | Yes |

Proceedings Digitally Recorded

Deputy Clerk: J. Manders